UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case No. 06-21854-CIV-ALTONAGA/White**

**TINA MARIE POWELL**,

    Plaintiff,

vs.

**DEPT. OF CORRECTIONS**, et al.,

    Defendants.

_____/

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

**THIS CAUSE** came before the Court upon Magistrate Judge White's Report Re Failure to Pay Filing Fee or File Detailed Financial Affidavit Required by Prior Order [D.E. 5], filed on October 19, 2006. On July 25, 2006, Plaintiff, Tina Marie Powell, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 [D.E. 1], claiming unlawful disciplinary proceedings at the Homestead Correctional Facility. Plaintiff failed to file a motion to proceed *in forma pauperis* nor did she pay the Clerk's $350.00 filing fee.

On August 15, 2006, Judge White issued an Order [D.E. 4] requiring Plaintiff to either pay the filing fee or file a motion to proceed *in forma pauperis*, along with the required six month prisoner account statement by September 7, 2006. To date Plaintiff has failed to comply with Judge White's Order. Additionally, Judge White's Report indicates that Plaintiff was released from the Homestead Correctional Facility on October 11, 2006 and has likely moved to Lexington, Kentucky. Consequently, Judge White's Report recommends that the Court dismiss this case without prejudice for lack of prosecution. Accordingly, it is

**ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice.

Case No. 06-21854-CIV-ALTONAGA/White

**DONE AND ORDERED** in Chambers at Miami, Florida this 20th day of October, 2006.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1)  Magistrate Judge Patrick A. White
(2)  counsel of record
(3)  Tina Marie Powell, *pro se*
     DC # 153928
     19000 S,W, 377th Street
     Florida City, FL 33034-6499
     (Last address filed)